

# Court of Appeals
## Twelfth Court of Appeals District at Tyler

# BILL OF COSTS

### Court of Appeals No. 12-15-00054-CV

### Trial Court No. 2012-1207-CCL2

**Sabre Energy Corporation, SonCo Holdings, LLC, Van W. Mounts and Edwin Wesley Sano**

**Vs.**

**Well-Pro Service, L.P.**

| DOCUMENTS FILED | AMOUNT | FEE PAID BY |
|---|---|---|
| Motion fee | $10.00 | Hope Sorensen |
| Motion fee | $10.00 | Hope Sorensen |
| Supplemental clerk's record | $132.00 | KYLE KUTCH |
| Clerk's record | $78.00 | GREGORY D. SMITH |
| Filing | $100.00 | Hope Sorensen |
| Indigent | $25.00 | Hope Sorensen |
| Required Texas.gov efiling fee | $20.00 | Hope Sorensen |
| Supreme Court chapter 51 fee | $50.00 | Hope Sorensen |
| TOTAL: | $425.00 | |

I, Pam Estes, Clerk of the Court of Appeals, Twelfth Court of Appeals District at Tyler, Texas, certify that the above copy of the Bill of Costs is true and correct. GIVEN UNDER MY HAND AND SEAL OF SAID COURT, at Tyler, this 18th day of September 2015, A.D.

PAM ESTES, CLERK

By: _Katrina McClenny_

Katrina McClenny, Chief Deputy Clerk